## 10063. SKINNER *v.* JONES.

WADE, C. J. No error of law is complained of, and there is evidence to support the verdict.

*Judgment affirmed. Jenkins and Luke, JJ., concur.*

DECIDED APRIL 23, 1919.

Complaint; from city court of Waynesboro—Judge W. H. Davis. July 3, 1918.

*H. J. Fullbright,* for plaintiff in error.

*F. S. Burney,* contra.